_____

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 24, 2019

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: STEVEN K. MINER | CHAPTER 11 |
| | NO: 18-50751-KMS |
| **TRUSTMARK NATIONAL BANK** | **PLAINTIFF** |
| v. | ADV. PROC. NO. 18-06045-KMS |
| **STEVEN K. MINER** | **DEFENDANT** |

### ORDER

THIS MATTER came before the Court upon Defendant's Motion (Doc. 12) to Set Aside a Clerk's Entry of Default (Doc. 8) pursuant to Bankruptcy Rule 7055 and Rule 55(c), Federal Rules of Civil Procedure, and the Plaintiff having agreed to the relief sought, and the Court having considered the motion, the Court finds that it should be granted; and it is therefore . . .

ORDERED that the Clerk's Entry of Default against the Defendant (Doc. 8) is hereby vacated and set aside. The Defendant shall have seven (7) days from the date of the Order in which to file a responsive pleading to the Complaint.

### # # # END OF ORDER # # #

**Agreed:**

*/s/ Christopher H. Meredith*
_____
**CHRISTOPHER H. MEREDITH**
Counsel for Trustmark National Bank

*/s/ Patrick A. Sheehan*

_____
**PATRICK A. SHEEHAN**
Counsel for Debtor

Submitted by:
Patrick A. Sheehan, MS Bar No. 6747
Sheehan Law Firm, PLLC
492 Porter Avenue
Ocean Springs, MS 39564
Ph.: 228-875-0572 / Fax: 228-875-0895
pat@sheehanlawfirm.com