_____

SO ORDERED,

*[Signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 29, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    Steven K. Miner,                                                 CASE NO: 18-50751 KMS
            DEBTOR(S).                                                       CHAPTER 11

Trustmark National Bank

                                                                                             PLAINTIFF

VS.

                                                          ADV. CASE NO: 18-06045 KMS

Steven K. Miner

                                                                                           DEFENDANT

### SCHEDULING ORDER

Pursuant to Federal Rule of Bankruptcy Procedure 7016, and in order to promote the efficient and expeditious disposition of the above-referenced adversary proceeding (the "Adversary Proceeding"), a scheduling order should be entered.

IT IS HEREBY ORDERED THAT:

1) The Parties shall exchange the information ("intial disclosure") required by Federal Rule of Bankruptcy Procedure 7026(a)(1) no later than thirty (30) days from the date of this order.

2) All motions for joinder of parties or amendments to the pleadings shall be filed and served prior to the completion of fact discovery.

3) All fact discovery shall be completed no later than ninety (90) days from the date of this order.

4) All experts shall be designated no later than fourteen (14) days after fact discovery is completed. The parties shall exchange expert reports no later than fourteen (14) days after experts are designated. All reports shall provide the information required by Federal Rule of Bankruptcy Procedure 7026(a)(2)(B). All expert discovery shall be completed no later than forty (40) days after experts are designated.

5) All dispositive motions, with the exception of evidentiary *in limine* motions, shall be filed and served no later than fourteen (14) days after expert discovery is completed.

6) The parties shall file any request for mediation with the Court no later than fourteen (14) days prior to the pretrial order due date. If the request for mediation is granted, the Court shall enter an order referring the Adversary Proceeding to mediation and resetting it for trial in the event that mediation does not result in a settlement, dismissal or other resolution of the Adversary Proceeding.

7) The parties shall immediately notify the Court upon the settlement, dismissal or other resolution of the Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Moreover, the parties shall immediately advise the Court, in writing, of any occurrence or circumstance which they believe may suggest or necessitate the adjournment or other modification of the trial setting.

8) Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

##END OF ORDER##